# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 2183CV00233

PLAINTIFF(S) (PRINT NAME CLEARLY): Paul Stanford

vs.

DEFENDANT(S) (PRINT NAME CLEARLY): Kathleen Hicks, David Pekoske, Kristin Setera, Mire Weinberger, Kate Snyder, Dan Rivera, Michael Botieri

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

COMPLAINT

MAR 30 2021

Clerk of Court

## PARTIES

1. Plaintiff(s) resides at 20 Tavern Path, Plymouth MA 02360
   in the County of Plymouth

2. Defendant(s) resides at U.S. Department of Defense - Office of Inspector General, 4800 Mark Center Drive, Alexandria, VA 22350-1500
   in the County of Fairfax

## FACTS

3. Defendants were exposed as part of a rogue task force that is acting extra-legally. My discovery led to a continuing pattern of harassment.

**Wherefore**, Plaintiff demands that:

Injunctive relief: Task force is up on my phone and illegally surveilling me in my home. I want all action to stop.

Monetary relief, $50,000. + one penny.

Looking for a restraining order or a preliminary injunction

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 3/30/21

Signature of the Plaintiff(s)
20 Tavern Path
Street Address
Plymouth MA
City/Town
774-283-0211
Telephone

2

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 2183CV00233 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Paul Stanford ADDRESS: 20 Tavern Path Plymouth MA 02360 ATTORNEY: pro se ADDRESS: BBO: | | COUNTY DEFENDANT(S): Kathleen Hicks, David Pekoske, Kristen Setera, Miro Weinberger, Kate Snyder, Dan Rivera, Michael Botieri ADDRESS: U.S. Dept. of Defense - Office of the Inspector General 4800 Mark Center Drive Alexandria, VA 22350-1500 |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO.: E91
TYPE OF ACTION (specify): Protection from Harassment
TRACK: ___
HAS A JURY CLAIM BEEN MADE? ☐ YES ☐ NO
*If "Other" please describe: D&3

Is there a claim under G.L. c. 93A? ☐ YES ☐ NO
Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☐ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ......... $_____
  2. Total doctor expenses ......... $_____
  3. Total chiropractic expenses ......... $_____
  4. Total physical therapy expenses ......... $_____
  5. Total other expenses (describe below) ......... $_____
  Subtotal (A): $_____
B. Documented lost wages and compensation to date ......... $_____
C. Documented property damages to date ......... $_____
D. Reasonably anticipated future medical and hospital expenses ......... $_____
E. Reasonably anticipated lost wages ......... $_____
F. Other documented items of damages (describe below) ......... $_____

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

MAR 3 0 2021

Clerk of Court

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Ongoing constant harassment by task force including illegal taps on phone + cctv in my home.

TOTAL (A-F): $50,000

**CONTRACT CLAIMS**
(attach additional sheets as necessary)
☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $_____

Signature of Attorney/ Unrepresented Plaintiff: X [signature]  Date: 3/30/21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____  Date: _____