# EXHIBIT B

# 2183CV00233 Stanford, Paul vs. Hicks, Kathleen et al

- Case Type:
  Equitable Remedies
- Case Status:
  Open
- File Date
  03/30/2021
- DCM Track:
  X - Accelerated
- Initiating Action:
  Injunction
- Status Date:
  03/30/2021
- Case Judge:
- Next Event:

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Stanford, Paul**
- Plaintiff

Alias

Party Attorney
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Hicks, Kathleen**
- Defendant

Alias

Party Attorney

More Party Information

**Pekoske, David**
- Defendant

Alias

Party Attorney

More Party Information

**Setera, Kristin**
- Defendant

Alias

Party Attorney

More Party Information

**Weinberger, Miro**
- Defendant

Alias

Party Attorney

More Party Information

**Snyder, Kate**
- Defendant

Alias

Party Attorney
- Attorney
- Stitham, Esq., Stacy OBrien
- Bar Code
- 663229
- Address
- Brann and Isaacson
  184 Main St
  PO Box 3070
  Lewiston, ME  04243
- Phone Number
- (207)786-3566

More Party Information

**Rivera, Dan**
- Defendant

Alias

Party Attorney
- Attorney
- Houten, Esq., Timothy P
- Bar Code
- 241510
- Address
- City of Lawrence
  200 Common St
  Lawrence, MA  01843
- Phone Number
- (978)620-3031

More Party Information

**Botieri, Michael**
- Defendant

Alias

Party Attorney
- Attorney
- Kesten, Esq., Leonard Henry
- Bar Code
- 542042
- Address
- Brody Hardoon Perkins and Kesten
  699 Boylston St 12th Floor
  Boston, MA  02116
- Phone Number
- (617)880-7100
- Attorney
- O'Connell, Esq., Allison Lyng
- Bar Code
- 690219
- Address
- Brody Hardoon Perkins and Kesten, LLP
  699 Boylston St
  Boston, MA  02116
- Phone Number
- (617)880-7100

More Party Information

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 07/12/2021 02:00 PM | Civil B Brockton | | Rule 12 Hearing | | Held - Under advisement |
| 07/12/2021 02:00 PM | Civil B Brockton | | Rule 12 Hearing | | Held - Under advisement |
| 07/12/2021 02:00 PM | Civil B Brockton | | Rule 12 Hearing | | Held - Under advisement |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 03/30/2021 | 06/28/2021 | 90 | |
| Under Advisement | 07/12/2021 | 08/11/2021 | 30 | |
| Under Advisement | 07/12/2021 | 08/11/2021 | 30 | |
| Under Advisement | 07/12/2021 | 08/11/2021 | 30 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 03/30/2021 | Attorney appearance<br>On this date Pro Se added for Plaintiff Paul Stanford | | |
| 03/30/2021 | Original Civil Complaint Filed | 1 | Image |
| 03/30/2021 | Case assigned to:<br>DCM Track X - Accelerated was added on 03/30/2021 | 3 | |
| 03/30/2021 | Civil action cover sheet filed. | 2 | Image |
| 03/30/2021 | Case sent to Plymouth Superior - BROCKTON Location. | | |
| 04/21/2021 | Service Returned for<br>Defendant Hicks, Kathleen: Service made on April 7,2021 via certified mail; | 4 | Image |
| 04/21/2021 | Service Returned for<br>Defendant Setera, Kristin: Service made on April 7,2021 via certified mail; | 5 | Image |
| 04/21/2021 | Service Returned for<br>Defendant Weinberger, Miro: Service made on April 12,2021 via certified mail; | 6 | Image |
| 04/21/2021 | Service Returned for<br>Defendant Pekoske, David: Service made April 7,2021 on via certified mail; | 7 | Image |
| 04/21/2021 | Service Returned for<br>Defendant Snyder, Kate: Service made on April 12,2021 via certified mail; | 8 | Image |
| 05/03/2021 | Attorney appearance<br>On this date Stacy OBrien Stitham, Esq. added for Defendant Kate Snyder | | |
| 05/03/2021 | Defendant's Notice of intent to file motion to dismiss plaintiff's complaint by Kate Snyder for failure to state a claim<br><br>Applies To: Stitham, Esq., Stacy OBrien (Attorney) on behalf of Snyder, Kate (Defendant) | 9 | Image |
| 05/07/2021 | Self-Represented Plaintiff Paul Stanford's Notice of response to motion to dismiss by Defendant Kate Snyder for failure to state claim | 10 | Image |
| 05/10/2021 | Attorney appearance<br>On this date Timothy P Houten, Esq. added for Defendant Dan Rivera | 11 | |
| 05/20/2021 | Defendant Kate Snyder's Motion to dismiss<br>complaint for failure to state a claim with incorporated memorandum of law, notice of response to motion to dismiss by plaintiff | 12 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/26/2021 | Self-Represented Plaintiff Paul Stanford's Motion for Default<br>55a as to defendants Kathleen Hicks, Kristin Setera Miro Weinberger and Michael Botieri | 13 | Image |
| 06/02/2021 | Notice sent to parties about motion to dismiss scheduled for July 12,2021 at 2:00PM Civil B Session Brockton | 14 | |
| 06/04/2021 | Endorsement on Motion for default (#13.0): DENIED<br>without prejudice to renewal on filing of the return receipts with signatures of the defendants or their agents | | Image |
| 06/07/2021 | Attorney appearance<br>On this date Allison Lyng O'Connell, Esq. added for Defendant Michael Botieri | 15 | Image |
| 06/07/2021 | Attorney appearance<br>On this date Leonard Henry Kesten, Esq. added for Defendant Michael Botieri | 16 | Image |
| 06/07/2021 | Defendant's Notice of intent to file motion to dismiss<br><br>Applies To: Botieri, Michael (Defendant) | 17 | Image |
| 06/16/2021 | Defendant Dan Rivera's Motion to Dismiss<br>Memorandum in Support of Motion to Dismiss<br>Rule 9A Compliance | 18 | Image |
| 06/16/2021 | Plaintiff Paul Stanford's Notice of<br>Response to Motion to Dismiss by Defendant Michael Botieri for Failure to State Claim | 19 | Image |
| 06/22/2021 | The following form was generated:<br><br>Notice to Appear for hearing on 7/12/21 at 2pm<br>Sent On:  06/22/2021 13:04:31<br>Notice Sent To:  Stacy OBrien Stitham, Esq. Brann and Isaacson 184 Main St PO Box 3070, Lewiston, ME 04243<br>Notice Sent To:  Timothy P Houten, Esq. City of Lawrence 200 Common St, Lawrence, MA 01843<br>Notice Sent To:  Allison Lyng O'Connell, Esq. Brody Hardoon Perkins and Kesten, LLP 699 Boylston St, Boston, MA 02116<br>Notice Sent To:  Leonard Henry Kesten, Esq. Brody Hardoon Perkins and Kesten 699 Boylston St 12th Floor, Boston, MA 02116<br>Notice Sent To: Paul Stanford 20 Tavern Path, Plymouth, MA 02360 | 20 | |
| 06/22/2021 | Defendant Michael Botieri's Motion to dismiss<br>plaintiff's complaint or, in the alternative, motion for a more definite statement; memorandum of law in support, list of documents, notice of filing, affidavit of compliance, certificate of compliance, defendant's request for hearing | 21 | Image |
| 06/29/2021 | Plaintiff Paul Stanford's Request for<br>Civil Contempt Proceeding | 22 | Image |
| 07/01/2021 | Defendant Kate Snyder's Request to<br>appear via Zoom for July 12, 2021 hearing. | 23 | Image |
| 07/12/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>　　　07/12/2021 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR<br>Hon. Gregg J Pasquale, Presiding | | |
| 07/12/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>　　　07/12/2021 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR<br>Hon. Gregg J Pasquale, Presiding | | |
| 07/12/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>　　　07/12/2021 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR<br>Hon. Gregg J Pasquale, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/12/2021 | Endorsement on Motion to Dismiss Plaintiff's Complaint or , in Alternative Motion for a more Definite Statement (#21.0): DENIED<br>Denied without prejudice , the plaintiff shall file a complaint consistent with the Massachusetts Rule of Civil Procedure within 30 days. | | Image |
| 07/12/2021 | Endorsement on Motion for Civil Contempt Proceeding (#22.0): DENIED | | Image |
| 07/13/2021 | Endorsement on Motion to dismiss all counts (#12.0): DENIED<br>without prejudice. The Plaintiff shall file a Complaint consistent with the Massachusetts Rules of Civil Procedure within 30 days. | | Image |
| 07/13/2021 | Endorsement on Motion to dismiss all counts (#18.0): DENIED<br>without prejudice. The Plaintiff shall submit a Complaint consistent with the Massachusetts Rules of Civil Procedure within 30 days. | | Image |
| 07/16/2021 | Plaintiff Paul Stanford's Motion to Compel Mediation | 24 | Image |
| 07/29/2021 | Plaintiff Paul Stanford's Motion to enter specific claims and pleadings for which fault and damages may be attached | 25 | Image |
| 08/16/2021 | Defendants Michael Botieri, Dan Rivera, Kate Snyder's Joint Motion to (Dkt. No.'s 12,18 & 21) | 26 | Image |
| 08/16/2021 | Endorsement on Motion to Compel Mediation (#24.0): DENIED<br>Without Prejudice For Failure To Comply With Superior Court Rule 9A<br><br>Judge: Pasquale, Hon. Gregg J | | |
| 08/16/2021 | Endorsement on Motion to enter specific claims and pleadings for which fault and damages may be attached (#25.0): DENIED<br>Without Prejudice For Failure To Comply With Superior Court Rule 9A<br><br>Judge: Pasquale, Hon. Gregg J | | |
| 09/22/2021 | Endorsement on Motion to dismiss renewal joint (#26.0): No Action Taken<br>motion to be re-filed pursuant to Rule 9A copies sent Sept 22,2021<br><br>Judge: Glenny, Hon. Brian | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |